# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07 CV 140

| | |
|---|---|
| PERFERFORMANCE SALES & MARKETING, LLC, et al, | ) ) ) |
| Plaintiff | ) ) |
| V | ) **ORDER** |
| LOWE'S COMPANIES, INC., | ) ) ) |
| Defendant | ) |

**THIS MATTER** is before the court on J. Michael Honeycutt's Application for Admission to Practice *Pro Hac Vice* of Daniel G. Helton. It appearing that Daniel G. Helton is a member in good standing with the Michigan Bar and will be appearing with J. Michael Honeycutt, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that J. Michael Honeycutt's Application for Admission to Practice *Pro Hac Vice* (#39) of Daniel G. Helton is **GRANTED**, and that Daniel G. Helton is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with J. Michael Honeycutt.

Signed: June 1, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge