# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07 cv 140

| | |
|---|---|
| PERFORMANCE SALES & MARKETING, LLC, PSM GROUP, INC., AND GREG SEREY, ) ) ) | |
| Plaintiffs ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| LOWE'S COMPANIES, INC., ) | |
| Defendant. ) | |

**THIS MATTER** coming on to be heard before the undersigned pursuant to a Certification and Report of Fed. R. Civ. P. 26(f) Conference and Discovery Plan (#52). A review of the certification and report shows that the plaintiffs and the defendant have failed to agree on numerous issues regarding discovery in this matter. Due to this disagreement, the undersigned will set a hearing with the parties to discuss the issues raised in the plan.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the parties appear before the undersigned at **2:00 p.m.** on **August 20, 2010** in courtroom #2 of the United States Courthouse in Asheville, NC so the undersigned can conduct a hearing and determine what should be included in the Pretrial Order and Case Management Plan in this matter.

Signed: August 11, 2010

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge