# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### 5:07cv140

| | |
|---|---|
| PERFORMANCE SALES & MARKETING, LLC, a North Carolina Limited Liability Company; PSM GROUP, INC., a North Carolina Corporation; an GREG SEREY, an individual, <br><br>    Plaintiffs, <br><br>v. <br><br>LOWE'S COMPANIES, INC., <br><br>    Defendant. | **ORDER** |

Previously, the Court scheduled a hearing in this case for 2:00 p.m. on June 29, 2011, in Courtroom 1 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. The Court **CONTINUES** the hearing until 2:00 p.m. on July 7, 2011.

Signed: June 22, 2011

Dennis L. Howell
United States Magistrate Judge