IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:07cv140

| | | |
|---|---|---|
| PERFORMANCE SALES & MARKETING, LLC, a North Carolina Limited Liability Company; PSM GROUP, INC., a North Carolina Corporation; an GREG SEREY, an individual, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| LOWE'S COMPANIES, INC., | ) ) ) | |
| Defendant. | ) ) | |

Previously, the Court granted Plaintiffs' Motion to Compel the depositions of three executives employed by Defendant. (Order, November 9, 2011.) Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, Defendant filed objections to the Court's Order [# 171]. In addition, Plaintiffs filed a Motion for Sanctions and to Hold Defendant Lowe's Companies, Inc. in Contempt of Court [# 174]. The Court **STAYS** discovery in this case pending a ruling from the District Court on Defendant's objections. Upon the entry of an order from the District Court, this Court will address the remaining discovery motions [# 168 & # 174]. At that time, the Court will also address whether to grant Plaintiffs' Motion for Extension

of Time to Complete Discovery [# 176].   Finally, the Court **STAYS** Plaintiffs' deadline for responding to Defendant's Motion for Summary Judgment [# 180]. Upon the resolution of the pending discovery motions by the District Court and this Court, the Court will establish a new deadline for Plaintiffs to respond to Defendant's motion.

Signed: November 28, 2011

Dennis L. Howell
United States Magistrate Judge