IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:07-CV-00140-RLV-DLH

| | |
|---|---|
| PERFORMANCE SALES & MARKETING LLC, PSM GROUP, INC., and GREG SEREY, <br> Plaintiffs, <br> v. <br> LOWE'S COMPANIES, INC., <br> Defendant. | ORDER |

**THIS MATTER** is before the Court on Defendant Lowe's Motion to Hold the Trial Date in Abeyance and to Stay the Deadlines for Pretrial Filings. (Doc. 198.) On November 28, 2011, and after conferring with this Court, Magistrate Judge Dennis Howell issued an order staying discovery in this case as well as Plaintiffs' deadline for responding to Defendant's summary judgment motion pending the resolution of Defendant's objections to the Magistrate Judge's earlier order compelling the depositions of three high-ranking executives employed by Defendant. (Doc. 186.) As Defendant's objections remain under consideration, and in light of additional pending discovery motions, it is appropriate to hold the trial date in abeyance and stay the deadlines for pretrial submissions until a reasonable time after said objections and motions have been addressed.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion to Hold the Trial Date in Abeyance and to Stay the Deadlines for Pretrial Filings" (Doc. 198) be **GRANTED**.

Signed: January 30, 2012

Richard L. Voorhees
United States District Judge