IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:07cv140

| | |
|---|---|
| PERFORMANCE SALES & ) | |
| MARKETING, LLC, a North Carolina ) | |
| Limited Liability Company; PSM ) | |
| GROUP, INC., a North Carolina ) | |
| Corporation; an GREG SEREY, an ) | |
| individual, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LOWE'S COMPANIES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Previously, the Court granted Plaintiffs' Motion to Compel the depositions of three executives employed by Defendant. (Order, Nov. 9, 2011.) Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, Defendant filed objections to the Court's Order [# 171]. In addition, Plaintiffs filed a Motion for Sanctions and to Hold Defendant Lowe's Companies, Inc. in Contempt of Court [# 174]. Subsequently, the Court stayed discovery in the case pending a ruling from the District Court on Defendant's objections. (Order, Nov. 28, 2011.) In that Order, the Court also indicated that the Court would issue a ruling on the pending discovery motions upon the entry of an order from the District Court.

Accordingly, the Court **DENIES with leave to renew** the motions [# 161, # 168, # 174, and # 176]. The parties may renew these motions within five (5) days of the District Court entering an Order on Defendant's Objection [# 171].

Signed: July 6, 2012

Dennis L. Howell
United States Magistrate Judge